FILED
CLERK, U.S DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CHRISTOPHER DALE RAINES,

        Petitioner,

   v.

KEN CLARK, Warden,

        Respondent.

No.  CV 08-1447-AG (AGR)

**JUDGMENT**

   Pursuant to the order adopting the magistrate judge's report and recommendation,

   IT IS ADJUDGED that the petition is dismissed with prejudice.

DATED: **MAY 31, 2008**

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE